Form ntchrgap

## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Chester Shane McVay
*Debtor*

*Case No.:* 10–82723
*Chapter* 7

Halliburton Energy Services, Inc.
*Plaintiff*

*v.*

Chester Shane McVay
*Defendant*

*Adv. Proc. No.* 10–08138            *Judge:* Thomas L. Perkins

---

***PLEASE TAKE NOTICE*** that a Hearing will be held

at Telephone Conference, Peoria, IL 61602

on 3/22/11 at 03:00 PM

to consider and act upon the following:

Defendant's Motion to Dismiss

Dated: 2/23/11

> Pamela C. Sherry
> Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.